UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALIA MOTTA,
                     Plaintiff,

-v-

PARCMATE CORPORATION, *et al.*,
                     Defendants.

20-CV-2621 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (Dkt. No. 24-1.) The proposed settlement involves $36,106.67 to be allocated to Plaintiff, as well as $18,053.33 in fees and $840.00 in costs to be allocated to Plaintiff's counsel, in connection with Plaintiff's FLSA claims. (*Id.*)

    The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

    To that end, the proposed settlement at Docket Number 24-1 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: February 19, 2021
       New York, New York

                                                    J. PAUL OETKEN
                                                    United States District Judge